IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEONIE INDUSTRIES, LLC,  CASE NUMBER: CV10-2210 MMM(CWX)
CAMILLE CHIDIAC
REMA C. DUPONT

Vs.  CIVIL

CHARLES CHIDIAC
ANTOINE JOSE CHIDIAC
MELKART INTERNATIONAL S.A.L. (OFFSHORE)

AFFIDAVIT OF SERVICE
(Regarding: CHARLES CHIDIAC)

I, Derek Crumbley, being duly authorized to make service in the above entitled case, hereby depose and say:

That I am over the age of 18 years.

That my business address and telephone number is: 9200 Basil Court, Suite 401, Upper Marlboro, Maryland 20774, (301) 925-6929.

That I am not a party to or otherwise interested in this suit.

That on Saturday, 27 March 2010, at 8:00 a.m., I effected service of process of a Summons and Complaint (Dated March 26, 2010), issued in this matter by the above Court, upon Charles Chidiac, personally, at Laytham Hotel, 3000 M Street, NW, Room 508, Washington, D.C. 20007.

In Maryland,
Prince George's County

Derek Crumbley

Subscribed and sworn before me on this 29th day of March 2010 in Prince George's County, Maryland.

Notary Public   Lois Ann Brown

LOIS ANN BROWN
NOTARY PUBLIC
PRINCE GEORGE'S CO
MARYLAND

My Commission Expires: January 19, 2012