UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-02210-RGK (Ex) | Date | November 22, 2010 |
|---|---|---|---|
| Title | LEONIE INDUSTRIES LLC, et al. v. CHARLES CHIDIAC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Nichole Rhynard | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Vito Costano  
Shelley Hurwitz

Attorneys Present for Defendants:  
Timothy Joens

**Proceedings:** **EVIDENTIARY HEARING RE DEFENDANTS' MOTION TO QUASH SERVICE OF PROCESS (DE 44)**

Court and counsel confer. Defendant requests to have matter continued to January, 2011. The request is denied.

Counsel for plaintiff calls their witness: Derek Crumbley. The witness is sworn, testimony is given based on direct and cross examination. Exhibit 1 - affidavit of service re Charles Chidiac; Exhibit 4 - photo of Charles Chidiac; and Exhibit 5 - photo of Antoine Chidiac are admitted into evidence.

Counsel present argument. Defendants' motion is denied.

**IT IS SO ORDERED.**

:  21

Initials of Preparer    slw